IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEADFAST FINANCIAL LP and STEADFAST CAPITAL MANAGEMENT LP, | § § § § | |
| Plaintiffs, | § § | No. 3:14-CV-2938-L |
| v. | § § | |
| STEADFAST FINANCIAL LLC, | § § | |
| Defendant. | § | |

# Plaintiffs' Motion To Dismiss Complaint

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the plaintiffs ask that this court dismiss the complaint, each party to bear its own costs and fees.

Respectfully submitted,

*s/ Stacy R. Obenhaus*
Stacy R. Obenhaus
Texas Bar No. 15161570
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Tel: 214.999.4868
Fax: 214.999.3868
sobenhaus@gardere.com


ATTORNEYS FOR PLAINTIFFS

Of Counsel:
Janet F. Satterthwaite
D.C. Bar No. 414043
Linda J. Zirkelbach
D.C. Bar No. 466189
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
Tel: 202-344-4000
Fax: 202-344-8300
jfsatterthwaite@venable.com
lzirkelbach@venable.com
trademarkdocket@venable.com

## Certificate of Conference

I certify that I sent an email yesterday and made a phone call today to counsel for the defendant, regarding the relief requested herein, and counsel has not yet indicated whether his client will oppose this request for relief.

*/s/ Stacy R. Obenhaus*
Stacy R. Obenhaus

## Certificate of Service

I certify that a copy of this document was served by delivering it through the court CM/ECF system to the following counsel on December 30, 2014:

Jeffrey E. Hansen
Texas Bar No. 00784208
Hasten & Hasten
1101-A North Little School Road
Arlington, Texas 76017
jeff@hhattorneys.com

*/s/ Stacy R. Obenhaus*
Stacy R. Obenhaus